# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **PULI DHARANI VENKATA KANAKA DAMODARA RAO** | * |
| *Plaintiff* | * |
| v. | * |
| **XPEDITE TECHNOLOGIES, INC., ET AL.** | * |
| | *   Civil Action No. 1:14-cv-03871 |
| *Defendants* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Douglas W. Desmarais of the law firm of Smith & Downey, P.A., hereby enters his appearance in the above-captioned matter as lead counsel for Plaintiff Puli Dharani Venkata Kanaka Damodara Rao.

Dated: December 23, 2014

                                                                       Respectfully submitted,

                                                                      /s/_____

Douglas W. Desmarais (Bar #5180)
Kerstin M. Miller (Bar #29736)
SMITH & DOWNEY, P.A.
320 E. Towsontown Blvd., Suite 1 East
Baltimore, MD 21286
(410) 321-9000 (p)
(410) 321-6270 (f)
ddesmarais@smithdowney.com
kmiller@smithdowney.com